**SCOTTISH UNION & NATIONAL INSURANCE COMPANY, Appellant, v. Henry BENOWITZ, H. Benowitz, Inc., Louis J. Kasden, and Harry E. Kasden, d. b. a. Kasden Fuel Co., Appellees.**

No. 333.

Circuit Court of Appeals, Second Circuit.

April 27, 1944.

Maxwell H. Goldstein, of New Haven, Conn., for appellant.

Charles M. Lyman, of New Haven, Conn., for H. Benowitz, Inc., et al.

Martin E. Gormley, of New Haven, Conn., for Louis J. Kasden et al.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed on the opinion of HINCKS, J., in the District Court, 55 F.Supp. 568.